# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEDRO W. PAULINO CABRERA, | |
| Plaintiff, | CIVIL ACTION NO. 1:21-CV-00049 |
| v. | (MEHALCHICK, M.J.) |
| INTEGRITY STAFFING SOLUTIONS, | |
| Defendant. | |

## ORDER

**AND NOW**, this 19th day of March, 2021, in accordance with the Memorandum filed concurrently herewith, it is hereby ORDERED that, having determined that Plaintiff's complaint (Doc. 1) fails to state a claim upon which relief can be granted, Plaintiff is hereby granted leave to file an amended complaint within **30 days** from the date of this Order, on or before **April 19, 2021**.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**